JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY CASH, SHAVONNA CASH, and DSC, by and through his guardian ad litem, Tamika Loving,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LONG BEACH; SALVADOR ALATORRE; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-10378-RGK-RAO<br><br>[PROPOSED] ORDER RE MOTION FOR APPROVAL OF COMPROMISE OF MINOR'S CLAIMS OF D.S.C. |

**HAVING CONSIDERED** Plaintiffs' Motion for Approval of Compromise of Minor's Claims, and good cause having been shown therefore;

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Compromise of Minor's Claims is approved.

**IT IS HEREBY ALSO ORDERED** that guardian ad litem, Tamika Loving, shall upon the receipt of the settlement proceeds in this action, deposit D.S.C.'s case

1

**[PROPOSED] ORDER RE MOTION FOR APPROVAL OF COMPROMISE OF MINOR'S CLAIMS OF D.S.C.**

settlement proceeds of $15,000, in a blocked, interest bearing federally insured bank account, and that such monies remain in said bank account until minor Plaintiff D.S.C. reaches the age of eighteen years.

**SO ORDERED.**

Dated: JAN 17 2020

>                             _/s/ Gary Klausner_
>                             HON. R. GARY KLAUSNER
>                             UNITED STATES DISTRICT JUDGE

2
[PROPOSED] ORDER RE MOTION FOR APPROVAL OF COMPROMISE OF MINOR'S CLAIMS OF D.S.C.