CHARLES PARKIN, City Attorney
MATTHEW M. PETERS, Deputy City Attorney
State Bar No. 306959
411 West Ocean Boulevard, 9th Floor
Long Beach, California 90802-4664
Telephone: (562) 570-2200
Facsimile: (562) 436-1579
Email: matthew.peters@longbeach.gov

Attorneys for Defendants,
CITY OF LONG BEACH

LAW OFFICE OF GREGORY PEACOCK
Gregory Peacock, Esq.
State Bar No. 277669
4425 Jamboree Road, Suite 130
Newport Beach, Ca 92660

Attorney for Plaintiffs. RAY CASH and SHAVONNA CASH, individually and as guardian ad litem for DSC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAY CASH and SHAVONNA CASH, individually and as guardian ad litem for DSC,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LONG BEACH; SALVADOR ALATORRE; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-10378-RGK-RAO<br><br>Honorable R. Gary Klausner<br>Ctrm. 850<br><br>**JOINT STIPULATION TO DISMISS CASE (FED. R. CIV. P. 41)**<br><br>Complaint Filed: December 14, 2018<br>Trial Date: February 20, 2020 |

///

///

///

///

1

**JOINT STIPULATION TO DISMISS CASE (FED. R. CIV. P. 41)**

IT IS HEREBY STIPULATED, by and between the parties to this action, through their designated counsel that, a settlement having been reached, the above-captioned action be and hereby is dismissed with prejudice under the terms of the settlement pursuant to Rule 41(a)(1) of the <u>Federal Rules of Civil Procedure</u>.  The parties further stipulate that the Court retain jurisdiction to enforce the terms of the settlement.

IT IS SO STIPULATED.

DATED:  June 11, 2020         CHARLES PARKIN, City Attorney

By: */s/ Matthew M. Peters*
    MATTHEW M. PETERS
    Deputy City Attorney
Attorneys for Defendant
CITY OF LONG BEACH, et al.

DATED:  June 11, 2020         LAW OFFICE OF GREGORY PEACOCK

By: */s/ Gregory Peacock*
    Gregory Peacock, Esq.
Attorney for Plaintiffs,
RAY CASH and SHAVONNA CASH, individually and as guardian ad litem for DSC

OFFICE OF THE CITY ATTORNEY
CHARLES PARKIN, City Attorney
411 West Ocean Boulevard, 9th Floor
Long Beach, CA 90802-4664

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and I am not a party to the within entitled action. My business address is 411 W. Ocean Blvd., 9th Floor, Long Beach, California 90802-4664.

On June 11, 2020, I served the within: **JOINT STIPULATION TO DISMISS CASE (FED. R. CIV. P. 41)** on all interested parties in said action, by placing a true copy and/or original thereof enclosed in sealed envelopes addressed as follows:

Gregory Peacock, Esq. (SBN 277669)
LAW OFFICE OF GREGORY PEACOCK
4425 Jamboree Road, Suite 130
Newport Beach, CA 92660

*<u>Attorney for Plaintiff</u>*

☒ **BY MAIL**: I am "readily familiar" with the **firm's practice** of collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Long Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY PERSONAL SERVICE**: I caused to be delivered such document(s) by hand to the person(s) stated above.

☐ **BY UPS NEXT DAY AIR**: I caused said envelope(s) to be sent by UPS to the addressee(s).

☐ **BY FACSIMILE MACHINE**: In addition to the above service by mail, hand delivery or UPS, I caused said document(s) to be transmitted by facsimile machine to the addressee(s).

Executed on June 11, 2020, at Long Beach, California.

☒ (**Federal**) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Vanessa Quiroz*
Vanessa Quiroz

OFFICE OF THE CITY ATTORNEY
CHARLES PARKIN, City Attorney
411 West Ocean Boulevard, 9th Floor
Long Beach, CA 90802-4664

**JOINT STIPULATION TO DISMISS CASE (FED. R. CIV. P. 41)**